IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:01cr33-SPM

MICHAEL LAMAR BROWN,

      Defendant.
_____/

**ORDER DENYING MOTION TO REDUCE SENTENCE**

      This cause comes before the Court on Defendant's Motion to Reduce Sentence and Release Defendant from Custody (doc. 81) and the Government's response (doc. 82).

      Rule 35 of the Federal Rules of Criminal Procedure prescribes two circumstances under which a court may correct or reduce a sentence. Under subsection a, the court may correct a sentence for clear error within 7 days of imposition. Notwithstanding the fact that Defendant's motion is untimely under subsection a, the provision "is not intended . . . for the court to simply change its mind about the appropriateness of the sentence." Fed. R. Crim. P. 35 advisory committee's notes (1991).

      Under subsection b, the court may reduce a sentence upon the government's filing of a substantial assistance motion. No substantial assistance

motion has been filed in this case.

The Court does not have jurisdiction to reduce Defendant's sentence. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Reduce Sentence and Release Defendant from Custody (doc. 81) is denied.

DONE AND ORDERED this 21st day of June, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

CASE NO.: 4:01cr33-SPM